Galen M. Gentry, SBN 308873
HUGHEY PHILLIPS, LLP
520 9th Street, Suite 230
Sacramento, California 95814
Telephone: 916.758.2100
Facsimile: 916.758.2200
ggentry@hugheyphillipsllp.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAITLYN CUMBIE, an individual,<br><br>    Plaintiff,<br>v.<br><br>MARK TIBBLES, an individual; MARK TIBBLES ENTERPRISES, LLC, a California limited liability company; TIBBLES PROPERTY SOLUTIONS, LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-01090-JAM-AC<br><br>**DECLARATION OF GALEN M. GENTRY IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS MARK TIBBLES, MARK TIBBLES ENTERPRISES, LLC AND TIBBLES PROPERTY SOLUTIONS, LLC**<br><br>Date:       May 25, 2022<br>Time:       10:00 a.m.<br>Courtroom: 26<br><br>Action Filed: June 18, 2021<br>Trial Date: None |

I, Galen M. Gentry, declare and state as follows:

1. I am an attorney at law duly authorized to practice before all courts in the State of California and am admitted to practice in the United States District Court for the Eastern District of California. I am an attorney at Hughey Phillips, LLP, counsel of record in this matter for Plaintiff Kaitlyn Cumbie ("Plaintiff"). The facts set forth herein are of my own personal knowledge, and, if called as a witness, I could and would testify competently thereto.

2. On June 18, 2021, Plaintiff filed a complaint [Docket No. 1].

3. On June 29, 2021, Plaintiff served the complaint and summons on Defendants Mark Tibbles, Mark Tibbles Enterprises, LLC and Tibbles Property Solutions, LLC ("Defendants") [Docket Nos. 4-6].

4. Defendants' initial deadline to file a responsive pleading was July 20, 2021.

5. Shortly after being served, Defendants, through their agent, Mark Tibbles, requested a meeting to discuss settlement options.

6. The deadline to file a responsive pleading was extended, by mutual agreement, while the parties explored possible global settlement.

7. On July 22, 2021, the parties participated in a settlement meeting and agreed on the terms of a prospective settlement.

8. On September 1, 2021, I sent a draft settlement agreement to Mr. Tibbles. A true and correct copy of my email to Mr. Tibbles (excluding the draft settlement agreement attached to such email) is attached hereto as **Exhibit A**.

9. I did not hear from Defendants until October 4, 2021, when Mr. Tibbles informed me that Defendants were no longer interested in settling and would instead retain counsel to file a responsive pleading. A true and correct copy of Mr. Tibbles' email is attached hereto as **Exhibit B**.

10. I informed Mr. Tibbles that Plaintiff would request entry of default if Defendants did not file an answer by 5:00 p.m. on October 8, 2021, and Mr. Tibbles assured me that counsel for Defendants would file an answer prior to October 8, 2021. See Exhibit B.  I did not receive any communications from Mr. Tibbles, any of the other Defendants or anyone acting on their behalf subsequent to the email attached hereto as Exhibit B.

11. Defendants have failed and/or refused to file any responsive pleading to the complaint.

12. None of the Defendants is not a minor or an incompetent person.

13. To the best of my knowledges, none of the Defendants are currently involved in military service of any kind, and therefore the Servicemembers Civil Relief Act does not apply.

14. On or around October 12, 2021, Plaintiff filed requests for default for Defendants Tibbles, Tibbles Enterprises and Tibbles Property Solutions [Docket Nos. 7-9].  Default was entered by the Court on or around October 13, 2021 [Docket No. 10].

15. On behalf of the Plaintiff, I have calculated her entitlement to prejudgment interest based on the 10% interest rate applicable to claims brought under California substantive law. Based on the $88,000 amount that Plaintiff seeks as damages, it appears, based on my calculations, that Plaintiff is entitled to $24.11 per day in prejudgment interest from and after the date that Plaintiff's Complaint was filed. Accordingly, because 304 days have passed between June 21, 2022, the date that Plaintiff filed her complaint and the date of this declaration, I calculate that Plaintiff is presently entitled to prejudgment interest in the amount of $7,329.44, plus an additional $24.11 per day for each day after the date of this Declaration until judgment is entered.

16. My firm has also made payment of certain expenses on Plaintiff's behalf in connection with this case. These costs include the Court's $402.00 filing fee for the filing of Plaintiff's Complaint and $190.00 in process server fees that my firm advanced on Plaintiff's behalf in order to effect service on Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 21, 2022, in Sacramento, California.

           /s/ *Galen M. Gentry*
           Galen M. Gentry

DECLARATION OF GALEN M. GENTRY

**EXHIBIT "A"**



Mary Lao <mlao@hugheygentry.com>

## Cumbie v. Tibbles - Draft Settlement Agreement

**Galen Gentry** <ggentry@hugheyphillipsllp.com>  
To: Mark Tibbles <shopsteward68@gmail.com>  
Cc: Mary Lao <mlao@hugheyphillipsllp.com>

Wed, Sep 1, 2021 at 4:16 PM

Mark,

Attached for your review and comment, please find a draft settlement agreement that reflects the agreement-in-principle we reached back in July.   There are several blanks to be filled in (if they remain applicable) and I'll also need your address to list in Section 13.

 Please let me know if you have any comments or questions.

Best regards,

Galen


--  
Galen M. Gentry  
Principal



520 9th Street, Suite 230  
Sacramento, CA 95814  
O: (916) 758-2100, ext. 103  
F: (916) 758-2200  
www.hugheyphillipsllp.com

Please consider the environment before printing.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient. Unauthorized interception, review, use, or disclosure is prohibited and may violate applicable laws including, but not limited to, the Electronic Communications Privacy Act. If you are not the intended recipient, please immediately contact the sender and destroy all copies of the communication.

---

 **Cumbie - DRAFT Settlement Agreement v.2 .docx**  
30K

**EXHIBIT "B"**



Mary Lao <mlao@hugheyphillipsllp.com>

## Cumbie v. Tibbles - Draft Settlement Agreement

**Galen Gentry** <ggentry@hugheyphillipsllp.com>　　　　　　　　　　　　　Mon, Oct 4, 2021 at 8:34 PM
To: Mark Tibbles <shopsteward68@gmail.com>
Cc: Mary Lao <mlao@hugheyphillipsllp.com>

> Mark,
>
> Since you have now informed me that you are currently represented by counsel, I can no longer continue to communicate with you directly and I must instead communicate with your attorney.  Please forward his or her contact information at your earliest convenience.
>
> Best regards,
>
> Galen
>
> On Mon, Oct 4, 2021 at 8:28 PM Mark Tibbles <shopsteward68@gmail.com> wrote:
>> My counsel will have answers filed  prior to oct 8th
>> On Mon, Oct 4, 2021 at 8:08 PM Galen Gentry <ggentry@hugheyphillipsllp.com> wrote:
>>
>>> Mark,
>>>
>>> I can assure you that you will not save money by going to court to litigate.  Nor will you escape liability to Ms. Cumbie by filing for bankruptcy because your debts to her are not dischargeable under subsections (a)(2), (a)(4) and/or (a)(6) of Section 523 of the Bankruptcy Code.   Any competent bankruptcy attorney will confirmsd that for you.   And, for the record, I have no problem litigating these issues in bankruptcy court.   I am, in fact, quite confident that your debt to Ms. Cumbie will be determined non-dischargeable at the conclusion of any adversary proceeding to determine the dischargeability of such debts.
>>>
>>> Neither you nor your companies are in bankruptcy yet and we currently have a federal case pending where your responsive pleadings are long overdue.  Therefore, please be advised that we'll request that the Court enter defaults as to all defendants if you have not caused answers to be filed by 5:00 p.m. Friday, October 8th.    We have no interest in waiting around any longer, so if you'd prefer to litigate - let's get it going.
>>>
>>> Best regards,
>>>
>>> Galen
>>>
>>> On Mon, Oct 4, 2021 at 3:27 PM Mark Tibbles <shopsteward68@gmail.com> wrote:
>>>> I'm sorry but I decided I cannot sign this agreement and will be retaining counsel to go to court due to the hardship from the caldor fire and some medical issues I will have to possibly file BK in the near future. Mark tibbles
>>>>
>>>> On Wed, Sep 29, 2021 at 11:21 AM Galen Gentry <ggentry@hugheyphillipsllp.com> wrote:
>>>>
>>>>> Mark,
>>>>>
>>>>> Where do we stand on this?   If I don't hear from you, I'll be left with no choice but to assume that you are no longer interested in settling with Ms. Cumbie.
>>>>>
>>>>> Best regards,
>>>>>
>>>>> Galen
>>>>>
>>>>>
>>>>> ---------- Forwarded message ---------
>>>>> From: **Galen Gentry** <ggentry@hugheyphillipsllp.com>
>>>>> Date: Wed, Sep 1, 2021 at 4:16 PM

Subject: Scumble v. Tibbles - Draft Settlement Agreement
To: Mark Tibbles <shopsteward68@gmail.com>
Cc: Mary Lao <mlao@hugheyphillipsllp.com>

Mark,

Attached for your review and comment, please find a draft settlement agreement that reflects the agreement-in-principle we reached back in July. There are several blanks to be filled in (if they remain applicable) and I'll also need your address to list in Section 13.

 Please let me know if you have any comments or questions.

Best regards,

Galen


--
Galen M. Gentry
Principal



520 9th Street, Suite 230
Sacramento, CA 95814
O: (916) 758-2100, ext. 103
F: (916) 758-2200
www.hugheyphillipsllp.com

Please consider the environment before printing.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient. Unauthorized interception, review, use, or disclosure is prohibited and may violate applicable laws including, but not limited to, the Electronic Communications Privacy Act. If you are not the intended recipient, please immediately contact the sender and destroy all copies of the communication.

--
Galen M. Gentry
Principal



520 9th Street, Suite 230
Sacramento, CA 95814
O: (916) 758-2100, ext. 103
F: (916) 758-2200
www.hugheyphillipsllp.com

Please consider the environment before printing.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient. Unauthorized interception, review, use, or disclosure is prohibited and may violate applicable laws including, but not limited to, the Electronic Communications Privacy Act. If you are not the intended recipient, please immediately contact the sender and destroy all copies of the communication.