Galen M. Gentry, SBN 308873
HUGHEY PHILLIPS, LLP
520 9th Street, Suite 230
Sacramento, California 95814
Telephone: 916.758.2100
Facsimile: 916.758.2200
ggentry@hugheyphillipsllp.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAITLYN CUMBIE, an individual,<br><br>　　　　Plaintiff,<br>　　v.<br><br>MARK TIBBLES, an individual; MARK TIBBLES ENTERPRISES, LLC, a California limited liability company; TIBBLES PROPERTY SOLUTIONS, LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-01090-JAM-AC<br><br>**NOTICE OF MOTION AND RENEWED MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT MARK TIBBLES**<br><br>**[FRCP 55(b)(2)]**<br><br>Date:　　December 7, 2022<br>Time:　　10:00 a.m.<br>Courtroom:　26<br><br>Action Filed: June 18, 2021<br>Trial Date: None |

**TO DEFENDANT MARK TIBBLES:**

PLEASE TAKE NOTICE THAT on December 7, 2022 at 10:00 a.m. in Courtroom 26, 8th Floor, Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California 95814, before the Honorable Allison Claire, Plaintiff Kaitlyn Cumbie ("Plaintiff") will move for entry of a default judgment against Defendant Mark Tibble ("Defendant") pursuant to Fed. R. Civ. P. 55(b)(2) on the grounds that Defendant has failed to plead or otherwise defend in response to the Plaintiff's complaint.

The Clerk entered default against Defendant on August 29, 2022 [Docket No. 19], because Defendant has again failed to file any responsive pleading, after the previously entered default against Defendant was set aside by the Court on July 15, 2022 [Docket No. 15].  Plaintiff respectfully requests entry of default judgment against Defendant in the amount of $95,329.44 for her compensatory damages including prejudgment interest, and $592.00 for her costs.

      This Motion is based upon and incorporates herein by reference, the previously filed Memorandum of Points and Authorities in Support of Motion for Default Judgment filed by Plaintiff [Docket No. 11-1], the Declaration of Kaitlyn Cumbie in Support of Motion for Default Judgment [Docket No. 11-2], and the Declaration of Galen M. Gentry in Support of Motion for Default Judgment [Docket No. 11-3].  In addition, this Motion is supported by the Court's records in this action and any other matters of which the Court may take judicial notice, as well as such argument as may be heard by the Court.

Dated: October 26, 2022                HUGHEY PHILLIPS, LLP

                                             /s/ Galen M. Gentry
                                         Galen M. Gentry
                                         Attorney for Plaintiff