UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAITLYN CUMBIE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARK TIBBLES, an individual; MARK TIBBLES ENTERPRISES, LLC, a Californian limited liability company, TIBBLES PROPERTY SOLUTIONS, LLC, a California limited liability company, and DOES 1 through 10m inclusively,<br><br>Defendants. | No. 2:21-cv-01090 JAM AC<br><br>ORDER |

    This matter is before the court on plaintiff's motion for default judgment against defendants. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

    On December 21, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

///

///

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 21, 2022, are adopted in full;

2. Plaintiff's motions for default judgment against each defendant, ECF Nos. 11 and 21, are granted;

3. The court enters judgment against the defendants in favor of plaintiff in the amount of $101,188.17 for compensatory damages including prejudgment interest and $592.00 for costs; and

4. This case is closed.

Dated: January 25, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE